UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Jesse Stead</u>

   v.                                     Civil No. 12-cv-512-PB

<u>Bank of America, N.A., et al.</u>


**<u>NOTICE OF RULING</u>**

   Re:  Document No. 7, Motion to Continue Pretrial Conference

   Ruling: Granted in part; denied in part.  The pretrial conference is continued for fourteen days, until March 20, 2013.  On or before March 18, 2013, the parties shall file a joint discovery plan (or separate proposed plans).  In the event the court approves a proposed discovery plan and issues a scheduling order before the pretrial conference, the pretrial conference may no longer be necessary.  To the extent defendants request an indefinite continuance for the issuance of a scheduling order, the request is denied.  <u>See</u> Fed. R. Civ. P. 16(b)(2) (setting forth strict time limits within which scheduling order must issue) & LR 16.1(a) (pretrial conference not required where discovery plan is approved).

                                               _____
                                               Landya McCafferty
                                               United States Magistrate Judge

Date: March 6, 2013

cc: Jesse Stead, pro se
    Jennifer Turco Beaudet, Esq.
    Thomas J. Pappas, Esq.