UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jesse Stead</u>

    v.                                     Civil No. 12-cv-512-PB

<u>Bank of America, N.A., et al,</u>

<u>O R D E R</u>

On March 20, 2013, a preliminary pretrial conference was held in this case.  Plaintiff appeared on his own behalf; Attorney Jennifer Turco Beaudet appeared for defendants.  The court approves defendants' Proposed Discovery Plan (document no. 10) with amendments to certain deadlines as discussed during the conference.

The parties concurred with respect to each of the amendments, with the exception of two matters that the court neglected to address during the conference.  First, the proposed deadline for closure of discovery is more than two months after the summary judgment deadline.  The court has adjusted that deadline to bring it in line with the schedule as a whole.  Second, the proposed deadline for motions to dismiss is identical to the summary judgment deadline.  The court has adjusted that deadline to reflect our local rules.

The key deadlines in the discovery plan are contained in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Requests for Admission** | A maximum of 40 requests by each party to any other party. |
| **Depositions** | A maximum of 10 depositions by plaintiff and 10 by defendants. |
| **Joinder of Additional Parties** | Plaintiff: June 17, 2013<br>Defendants: July 1, 2013 |
| **Amendment of Pleadings** | Plaintiff: June 17, 2013<br>Defendant: July 17, 2013 |
| **Third-Party Actions** | July 1, 2013 |
| **Motions to Dismiss** | July 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: August 1, 2013<br>Defendants: September 16, 2013 |
| **Motions for Summary Judgment** | October 4, 2013 |
| **Completion of Discovery** | October 4, 2013 |
| **Experts and Experts' Supplementation under Rule 26(e)** | October 15, 2013 |
| **Challenges to Expert Testimony** | December 23, 2013 |
| **Type of Trial** | Bench |
| **Trial Date** | Two-week period beginning February 4, 2014 |

_____
Landya B. McCafferty
United States Magistrate Judge

Date: March 20, 2013

cc:  Jesse Stead, pro se
     Jennifer Turco Beaudet, Esq.
     Thomas J. Pappas, Esq.